Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                    Docket No. 01:08 CRIM 1241-02 (LTS)

Miguel Gomez

On September 16, 3020, the above named was placed on supervised release for a period of five (5) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Miguel Gomez be discharged from supervised release..

Respectfully submitted,

by  *Robert L. Walsh*
Robert L. Walsh
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this   24th   day of   April   , 20  20  .

/s/ Laura Taylor Swain
Honorable Laura Taylor Swain
U.S. District Judge